Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-443-426

**Effective Date of Registration:**
April 16, 2025

**Registration Decision Date:**
April 29, 2025

---

## Title
_____

**Title of Work:** Cute Snail with Fern

## Completion/Publication
_____

**Year of Completion:** 2020
**Date of 1st Publication:** December 10, 2020
**Nation of 1st Publication:** Germany

## Author
_____

- **Author:** Verena Lichtsinn
  **Pseudonym:** Veymoth, ve.nah"
  **Author Created:** 2-D artwork
  **Citizen of:** Germany
  **Pseudonymous:** Yes

## Copyright Claimant
_____

**Copyright Claimant:** Verena Lichtsinn
Bismarckstraße 20, Hamburg, 20259, Germany

## Rights and Permissions
_____

**Name:** Verena Lichtsinn
**Email:** verenalichtsinn_illustration@outlook.de
**Address:** Bismarckstraße 20
Hamburg 20259 Germany

## Certification
_____

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-456-848

**Effective Date of Registration:**
April 16, 2025
**Registration Decision Date:**
August 08, 2025

---

## Title

**Title of Work:** Folktober Vulture Culture Wolf Skull

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** October 15, 2020
**Nation of 1st Publication:** Germany

## Author

- **Author:** Verena Lichtsinn
  **Author Created:** 2-D artwork
  **Citizen of:** Germany

## Copyright Claimant

**Copyright Claimant:** Verena Lichtsinn
Bismarckstrasse 20, Hamburg, 20259, Germany

## Rights and Permissions

**Name:** Verena Lichtsinn
**Email:** verenalichtsinn_illustration@outlook.de
**Address:** Bismarckstrasse 20
Hamburg 20259 Germany

## Certification

**Name:** David Denholm
**Date:** April 16, 2025
**Applicant's Tracking Number:** VL2025041603



# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-456-846**

**Effective Date of Registration:**
April 16, 2025
**Registration Decision Date:**
August 08, 2025

---

## Title

**Title of Work:** Emperor Moth

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** September 02, 2020
**Nation of 1st Publication:** Germany

## Author

- **Author:** Verena Lichtsinn
  **Author Created:** 2-D artwork
  **Citizen of:** Germany

## Copyright Claimant

**Copyright Claimant:** Verena Lichtsinn
Bismarckstrasse 20, Hamburg, 20259, Germany

---

## Rights and Permissions

**Name:** Verena Lichtsinn
**Email:** verenalichtsinn_illustration@outlook.de
**Address:** Bismarckstrasse 20
Hamburg 20259 Germany

## Certification

**Name:** David Denholm
**Date:** April 16, 2025
**Applicant's Tracking Number:** VL2025041602

Page 1 of 2

