IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

VERENA LICHTSINN,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-13063

Judge Manish S. Shah

Magistrate Judge Keri L. Holleb Hotaling

### SCHEDULE A TO COMPLAINT

| No. | Defendants |
|---|---|
| 1 | HAMINHTHUAN |
| 2 | BestTattoos |
| 3 | BONI Sticker |
| 4 | Ohhaha-us |
| 5 | Telafaer |
| 6 | Jiaua |
| 7 | ANERZA |
| 8 | JUN HUA |
| 9 | Sapuion |
| 10 | longxin stickers |
| 11 | Baiting |
| 12 | timepoly |
| 13 | SANDAOJ |
| 14 | MFUXU |
| 15 | Fcelery |
| 16 | FunkyNest |
| 17 | Kechup |
| 18 | sixorchid |
| 19 | BarrelTree |
| 20 | Forlin-US |
| 21 | suizhoushiyuliyueshangmao |
| 22 | yunmoshop |
| 23 | xuluping |
| 24 | sanyi |
| 25 | yuantu store |

| 26 | ShanXiKuaJie |
|---|---|
| 27 | hafhs |
| 28 | E good |
| 29 | KHUECBHDHS |
| 30 | Littlepink |
| 31 | EGEFYC |
| 32 | HFHUVBRRGJ |
| 33 | OUHIAB |
| 34 | Strange alien |
| 35 | shgdhfgk |
| 36 | fugf |
| 37 | Cu Jing Yun Department |
| 38 | Zero dollar shop |
| 39 | AJWDH |
| 40 | yuanyiyuanyiyuanyi |
| 41 | The Longitudinal Fangrun Department |
| 42 | Cu Jing Yun II |
| 43 | DEANNNN |
| 44 | JIA chao |
| 45 | yuanyyuanyi |
| 46 | LIANG wu |
| 47 | Dou Fei Department |
| 48 | weird bracelet |
| 49 | Humorous sticky note |
| 50 | Strange postit notes |
| 51 | G shi |
| 52 | Personalized sticky notes |
| 53 | Miracle Walker A local |
| 54 | DHFGFBCBSH |
| 55 | Cu Jing Yun III |
| 56 | AAA JEWLRYLE |
| 57 | GEEK S |
| 58 | agadgag |
| 59 | zbhnicess |
| 60 | nfhnhv |
| 61 | MY Direct |
| 62 | GEEKFOUEEN |
| 63 | GEEK FIVE |
| 64 | Morning Rain Xuan |
| 65 | speed T |
| 66 | umiuu |

| | |
|---|---|
| 67 | sbhvgm |
| 68 | JRL Home and Decor |
| 69 | afafafaghgh |
| 70 | sgsdgsddd |
| 71 | LUTERLIN |
| 72 | bHhXhX |
| 73 | kljkljddd |
| 74 | Prospres |
| 75 | Creativemindaa |
| 76 | SNTECH SHOP |
| 77 | juoiio |
| 78 | Geek SEV |
| 79 | GEEK FIFTEEN |
| 80 | Vistacore |
| 81 | MLTEN |
| 82 | GEEK TWELVE |
| 83 | fuhuvv |
| 84 | zyhzzyhs |
| 85 | GKEIGHTEEN |
| 86 | SUNJX |
| 87 | MBCJEIXK |
| 88 | JoyfulTeeShop |
| 89 | EverydayThreads |
| 90 | Luxe Lane Apparel |
| 91 | Eclipse Attire Co |
| 92 | VERYGOODTEESHOP |
| 93 | ZenithSoftTEE |
| 94 | STYLEGOODSHOP |
| 95 | TeeLand |
| 96 | The Printed Story TEE |
| 97 | WTYE |
| 98 | KOFANI |
| 99 | Good stuff short sleeve |
| 100 | Gravity Wasp |
| 101 | Stitch Story |
| 102 | Your Tee Shirts |
| 103 | Exquisite Expanse |
| 104 | MCQX |
| 105 | caizelian |
| 106 | WOC TOP |
| 107 | yydey |

| | |
|---|---|
| 108 | King TSirt |
| 109 | Ya Ya Fashion |
| 110 | Yiwendazhuan |
| 111 | YCSELF |
| 112 | DIY SH |
| 113 | NYFDD |
| 114 | Xmenshirt |
| 115 | DFRC |
| 116 | Girls Tee |
| 117 | Min Jiuding G |
| 118 | nio life |
| 119 | SQFFIVE |
| 120 | FOYEAH |
| 121 | HHHedgehog Design Studio |
| 122 | GGGull Design Studio |
| 123 | AAApe Design Studio |
| 124 | KKkangaroo Design Studio |
| 125 | BBBaboon Design Studio |
| 126 | DDDolphin Design Studio |
| 127 | LLLizard Design Studio |
| 128 | REBELARY |
| 129 | CustomChic |
| 130 | Trendesigns |
| 131 | Tiny Sprout |
| 132 | JNBFBFC |
| 133 | ILOVEQQEEWWSHOP |
| 134 | GOODTeeHorizon |
| 135 | HERITAGE LABTEE |
| 136 | VERIS VIGOR |
| 137 | WTY YHT |
| 138 | BM Hat Shop local |
| 139 | Little Prince of Foreign Trade local |
| 140 | Chuliu local |
| 141 | TTOKSHOP |
| 142 | TGHOKSHOP |
| 143 | Space Kiddo |

4