Exhibit 1

# 001 HAMINHTHUAN



## 002 BestTattoos





## 003 BONI Sticker

## 004 Ohhaha-us



VA 2-443-426

## 005 Telafaer



## 006 Jiaua



# 007 ANERZA



# 008 JUN HUA



# 009 Sapuion



## 010 longxin stickers



# 011 Baiting



## 012 timepoly



# 013 SANDAOJ



014 MFUXU



## 015 Fcelery



## 016 FunkyNest



## 017 Kechup



## 018 sixorchid



## 019 BarrelTree



# 020 Forlin-US



VA 2-443-426



## 022 yunmoshop



023 xuluping



024 sanyi





025 yuantu store

VA 2-443-426



## 026 ShanXiKuaJie

8/8/25, 9:32 AM    100Pcs Vintage Aesthetic Vinyl Stickers Decals for Laptop Water Bottle Bike Skateboard Luggage Computer Hydro Flask Toy Snowb...

4 stars and above

8/8/25, 9:33 AM    Review your order - Walmart.com

1. Free shipping, arrives by Tue, Aug 19 ✓

OO o
111 West Jackson Boulevard, Chicago, IL 60604    Edit

Delivery instructions (optional)    Edit

House

| Items details | Hide details |
| Arrives by Tue, Aug 19 | 1 item |

Sold and shipped by ShanXiKuaJie
Free shipping

100Pcs Vintage Aesthetic Vinyl Stickers Decals for
Laptop Water Bottle Bike Skateboard Luggage...

$6.60

Remove    −  1  +

2. Payment method

| | |
|---|---|
| Subtotal (1 item) | $6.60 |
| Shipping | Free |
| **Estimated taxes** | $0.68 |
| **Estimated total** | **$7.28** |

# VA 2-443-426



027 hafhs

## 028 E good



# 029 KHUECBHDHS





030 Littlepink

## 031 EGEFYC



## 032 HFHUVBRRGJ



## 033 OUHIAB



## 034 Strange alien



## 035 shgdhfgk



036 fugf



## 037 Cu Jing Yun Department



VA 2-443-426

# 038 Zero dollar shop



## 039 AJWDH



# 040 yuanyiyuanyiyuanyi



## 041 The Longitudinal Fangrun Department



## 042 Cu Jing Yun II



## 043 DEANNNN



## 044 JIA chao





# 046 LIANG wu



## 047 Dou Fei Department



## 048 weird bracelet



VA 2-443-426

## 049 Humorous sticky note



## 050 Strange postit notes



## 051 G shi



## 052 Personalized sticky notes



## 053 Miracle Walker A local



## 054 DHFGFBCBSH



## 055 Cu Jing Yun III



# 056 AAA JEWLRYLE



## 057 GEEK S



## 058 agadgag



## 059 zbhnicess



060 nfhnhv





## 061 MY Direct

## 062 GEEKFOUEEN



VA 2-443-426

# 063 GEEK FIVE



VA 2-443-426

## 064 Morning Rain Xuan





066 umiuu



## 067 sbhvgm





## 068 JRL Home and Decor

## 069 afafafaghgh





070 sgsdgsddd

# 071 LUTERLIN



## 072 bHhXhX







074 Prospres

## 075 Creativemindaa



# 076 SNTECH SHOP



## 077 juoiio



# 078 Geek SEV



# 079 GEEK FIFTEEN



VA 2-443-426

## 080 Vistacore



## 081 MLTEN



VA 2-443-426

## 082 GEEK TWELVE



VA 2-443-426

## 083 fuhuvv



## 084 zyhzzyhs



vintage stickers aesthetic stickers journaling - Temu

https://www.temu.com/300pcs-vintage-stickers-aesthetic-stickers-for--j...

Temu | Checkout

https://www.temu.com/bgt_order_checkout.html?source_channel=1&ti...

VA 2-443-426

## 085 GKEIGHTEEN



VA 2-443-426

## 086 SUNJX



# 087 MBCJEIXK



## 088 JoyfulTeeShop

snail enthusiast graphic tee loose fit casual streetwear new - Temu          https://www.temu.com/goods.html?_bg_fs=1&goods_id=60110117509...



Temu | Checkout          https://www.temu.com/bgt_order_checkout.html?source_channel=1&ti...

VA 2-443-426

## 089 EverydayThreads

men's snail enthusiast graphic t shirt loose fit casual - Temu    https://www.temu.com/goods.html?_bg_fs=1&goods_id=60110087366...



Temu | Checkout    https://www.temu.com/bgt_order_checkout.html?source_channel=1&ti...

VA 2-443-426

## 090 Luxe Lane Apparel

snail enthusiast graphic tee loose fit casual streetwear new - Temu     https://www.temu.com/snail-enthusiast-graphic-tee-loose-fit-casual-stre...



Temu | Checkout     https://www.temu.com/bgt_order_checkout.html?source_channel=1&ti...

VA 2-443-426

## 091 Eclipse Attire Co

men's snail enthusiast graphic tee loose fit casual - Temu    https://www.temu.com/goods.html?_bg_fs=1&goods_id=60110086006...



Temu | Checkout    https://www.temu.com/bgt_order_checkout.html?source_channel=1&ti...

## 092 VERYGOODTEESHOP

snail enthusiast graphic tee loose fit casual streetwear new - Temu      https://www.temu.com/goods.html?_bg_fs=1&goods_id=60110088274...



Temu | Checkout      https://www.temu.com/bgt_order_checkout.html?source_channel=1&ti...

VA 2-443-426

## 093 ZenithSoftTEE



## 094 STYLEGOODSHOP

snail enthusiast graphic tee loose fit casual streetwear new - Temu    https://www.temu.com/goods.html?_bg_fs=1&goods_id=60110099267...



Temu | Checkout    https://www.temu.com/bgt_order_checkout.html?source_channel=1&ti...

VA 2-443-426

## 095 TeeLand



## 096 The Printed Story TEE

snail enthusiast graphic tee loose fit casual streetwear new - Temu · · · https://www.temu.com/goods.html?_bg_fs=1&goods_id=601110085444...



Temu | Checkout · · · https://www.temu.com/bgt_order_checkout.html?source_channel=1&ti...

VA 2-443-426

## 097 WTYE

cute snail fern slug funny snail cottagecore fairy grunge - Temu          https://www.temu.com/cute-snail-fern-slug-funny-snail-cottagecore-fair...



Temu | Checkout          https://www.temu.com/bgt_order_checkout.html?source_channel=1&ti...

VA 2-443-426

## 098 KOFANI



VA 2-443-426

## 099 Good stuff short sleeve



VA 2-443-426

## 100 Gravity Wasp



## 101 Stitch Story

whimsical snail enthusiast® men's t shirt 100% cotton crew – Temu    https://www.temu.com/goods.html?_bg_fs=1&goods_id=60109989632...



Temu | Checkout    https://www.temu.com/bgt_order_checkout.html?source_channel=1&ti...

VA 2-443-426

## 102 Your Tee Shirts



casual snail enthusiast graphic t shirt 100 cotton crew neck tee casual sho...    https://www.temu.com/goods.html?_bg_fs=1&goods_id=60110002647...

Temu | Checkout    https://www.temu.com/bgt_order_checkout.html?source_channel=1&ti...

VA 2-443-426

## 103 Exquisite Expanse



VA 2-443-426

## 104 MCQX



VA 2-443-426

## 105 caizelian



## 106 WOC TOP



VA 2-443-426

## 107 yydey



## 108 King TSirt



VA 2-443-426

## 109 Ya Ya Fashion



VA 2-443-426

## 110 Yiwendazhuan



VA 2-443-426

## 111 YCSELF



## 112 DIY SH



## 113 NYFDD



VA 2-443-426

## 114 Xmenshirt

men' snail botanical graphic t shirt soft durable - Temu

https://www.temu.com/goods.html?_bg_fs=1&goods_id=60110054432...



VA 2-443-426

## 115 DFRC



VA 2-443-426

## 116 Girls Tee



## 117 Min Jiuding G



## 118 nio life



## 119 SQFFIVE



## 120 FOYEAH



## 121 HHHedgehog Design Studio



## 122 GGGull Design Studio



## 123 AAApe Design Studio



## 124 KKkangaroo Design Studio



## 125 BBBaboon Design Studio



## 126 DDDolphin Design Studio



## 127 LLLizard Design Studio



## 128 REBELARY

adorable snail fern print cotton t shirt comfy - Temu     https://www.temu.com/goods.html?_bg_fs=1&goods_id=60109979159...



Temu | Checkout     https://www.temu.com/bgt_order_checkout.html?source_channel=1&ti...

VA 2-443-426

## 129 CustomChic

men's snail fern print t shirt soft cotton casual crew neck - Temu     https://www.temu.com/mens-snail-fern-print-t-shirt-soft-cotton-casual-...



Temu | Checkout     https://www.temu.com/bgt_order_checkout.html?source_channel=1&ti...

VA 2-443-426

# 130 Trendesigns

snail enthusiast graphic tee cotton blend crew neck t shirt - Temu       https://www.temu.com/goods.html?_bg_fs=1&goods_id=60109979152...



Temu | Checkout       https://www.temu.com/bgt_order_checkout.html?source_channel=1&ti...

**VA 2-443-426**

## 131 Tiny Sprout



## 132 JNBFBFC



men's vintage snail ferns graphic t shirt 100% cotton 220gsm - Temu

https://www.temu.com/goods.html?_bg_fs=1&goods_id=60110050081...

Temu | Checkout

https://www.temu.com/bgt_order_checkout.html?source_channel=1&ti...

VA 2-443-426

## 133 ILOVEQQEEWWSHOP



## 134 GOODTeeHorizon



VA 2-443-426

# 135 HERITAGE LABTEE



chic black tshirt snail illustration snail – Temu

https://www.temu.com/chic--black-tshirt-with-snail-illustration-and-snai...

Temu | Checkout

https://www.temu.com/bgt_order_checkout.html?source_channel=1&ti...

VA 2-443-426

## 136 VERIS VIGOR

snail enthusiast graphic t shirt 100% cotton crew neck - Temu     https://www.temu.com/goods.html?_bg_fs=1&goods_id=60109975151...



VA 2-443-426

## 137 WTY YHT



snail enthusiast cute snail fern slug funny snail - Temu

https://www.temu.com/goods.html?_bg_fs=1&goods_id=60109999560...

Temu | Checkout

https://www.temu.com/bgt_order_checkout.html?source_channel=1&ti...

VA 2-443-426



VA 2-443-426

## 139 Little Prince of Foreign Trade local



VA 2-443-426

## 140 Chuliu local



VA 2-443-426

## 141 TTOKSHOP



## 142 TGHOKSHOP



VA 2-443-426

## 143 Space Kiddo

