IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VERENA LICHTSINN, | |
| Plaintiff, | Case No.: 1:25-cv-13063 |
| v. | Judge Manish S. Shah |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Keri L. Holleb Hotaling |
| Defendants. | |

### DECLARATION OF SERVICE

I, Keith A. Vogt, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff, VERENA LICHTSINN ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. This Court entered an Order permitting Plaintiff to complete service of process to Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronic publication or by sending an e-mail to any email addresses provided for Defendants by third parties that includes a link to said website.

3. I hereby certify that on November 11, 2025, I sent an e-mail containing a copy of the Complaint, Summons, and Order to Conduct Expedited Discovery and Electronic Service of Process to the e-mail addresses associated with accounts at the Amazon Payments, Inc. ("Amazon"), Temu, LLC ("Temu"), and Walmart Inc. ("Walmart") marketplaces, as identified and provided by third parties as being related to the defendants.

4.	I hereby certify that on or before November 11, 2025, I electronically published the Complaint, Summons, and Order to Conduct Expedited Discovery and Electronic Service of Process on a website.

5.	I hereby certify that on November 11, 2025, I sent an e-mail containing a copy of the Complaint, Summons, and Order to Conduct Expedited Discovery and Electronic Service of Process to the e-mail addresses associated with accounts at the Amazon, Temu, and Walmart marketplaces, as identified and provided by third parties for Defendants that includes a link to said website.

6.	The completed Return of Service form is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 11, 2025.

>	*/s/ Keith A. Vogt*
>	Keith A. Vogt
>	*Counsel for Plaintiff*