IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VERENA LICHTSINN, | |
| Plaintiff, | Case No.: 1:25-cv-13063 |
| v. | Judge Manish S. Shah |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Keri L. Holleb Hotaling |
| Defendants. | |

## DECLARATION OF VERENA LICHTSINN

I, Verena Lichtsinn, declare and state as follows:

1. This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2. I am the artist that creates the Verena Lichtsinn Works. I make this declaration from matters within my knowledge save where otherwise stated.

3. I am a freelance artist who creates print and editorial illustrations. My work centers around forest animals, plants, and a dark aesthetic that is inspired by the allure of the wild, whimsical woodlands, green witchcraft, and the fascination and melancholy of forgotten bones. I have bachelor's degree in illustration, and I also studied communication design at university. During my studies, I collaborated with a book publishing house, where at the time I was one of the youngest artists to offer a fine art print. In 2022, I published my first illustrated children's book, and it was nominated for the Serafina Award which recognizes young illustrators starting their career. I also collaborated with Illumicrate, an international

1

book subscription service that provides beautifully designed book editions and exclusive book-themed merchandise in monthly boxes. I have participated in a number of exhibitions, and I sell my work as prints and on various products online.

4. I am the official source of products associated with the Verena Lichtsinn Works (the "Verena Lichtsinn Products"):



https://www.redbubble.com/people/veymoth/shop?artistUserName=veymoth&iaCode=u-prints

5. I am the owner of the copyright registrations for the Verena Lichtsinn copyrighted works, which are protected by United States Copyright Registration Nos. VA 2-443-426; VA 2-456-848; and VA 2-456-846 (the "Verena Lichtsinn Works").

6. The success of the Verena Lichtsinn Works has resulted in significant infringement of my copyrights. Consequently, an anti-pirating program has been implemented to investigate suspicious websites and online marketplace listings identified in proactive internet sweeps. Various marketplace listings have been identified on multiple platforms, including the internet stores identified in Schedule A attached to the Complaint

("Defendant Internet Stores"), which were offering for sale, selling, and importing unauthorized versions of the Verena Lichtsinn Works to consumers in this judicial district and throughout the United States.

7. I am aware of investigations related to internet-based infringement of the Verena Lichtsinn Works. The investigations show that Defendants are using the Defendant Internet Stores to sell infringing Verena Lichtsinn Products from foreign countries such as China to consumers in the United States. I, or someone working under my direction, analyzed the Defendant Internet Stores and determined that infringing Verena Lichtsinn Products were being offered for sale to the United States, including Illinois. The Defendants and their websites do not conduct business with me and do not have the right or authority to use the copyrights for any reason.

8. Monetary damages alone cannot adequately compensate me for the ongoing infringement because monetary damages fail to address the loss of control of and damage to my reputation, goodwill, and control over the nature of the derivative works made using my copyrighted material. Furthermore, monetary damages are difficult, if not impossible, to completely ascertain due to the inability to fully quantify the monetary damage caused to my reputation and goodwill by acts of infringement.

9. My goodwill and reputation are irreparably damaged when the Verena Lichtsinn Works are used on unauthorized goods. I am further irreparably harmed by the unauthorized use of the Verena Lichtsinn copyrighted materials because infringers take away my ability to control the nature and quality of products bearing the Verena Lichtsinn Works and derivative works.

10. I am further irreparably damaged due to a loss of exclusivity. The copyright rights in the Verena Lichtsinn Works are meant to be exclusive rights.

11. The marketing and distribution of the Verena Lichtsinn Works and derivative works are aimed at growing and sustaining sales. When infringers use the Verena Lichtsinn Works without authorization, the exclusivity associated with the Verena Lichtsinn Works, as well as my reputation, are damaged and eroded, resulting in a loss of unquantifiable future sales.

12. Uncontrolled profiteering and pirating of the Verena Lichtsinn Works create the impression that the copyright rights associated with the Verena Lichtsinn Works may be infringed with impunity. The Verena Lichtsinn Works are distinctive and signify to consumers that the products are authorized by me and are manufactured to my high-quality standards. When infringers use the Verena Lichtsinn Works on goods without authorization, the exclusivity of my products and reputation are damaged and eroded, resulting in a loss of unquantifiable future sales. The devaluing of the intellectual property associated with the Verena Lichtsinn Works cannot be compensated for financially since it erodes my ability to monetize the Verena Lichtsinn Works.

13. I will suffer immediate and irreparable injury, loss, or damage if a permanent injunction is not issued as part of the final judgment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 16, 2025.

_Verena Lichtsinn_
Verena Lichtsinn